UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

LOCAL 655 UNITED FOOD AND
COMMERCIAL WORKERS UNION AFL-CIO,

    Plaintiff,

v.

HOLTEN MEAT, INC., *an*
*Illinois corporation*,

    Defendant.                                 No. 12-cv-732-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on plaintiff's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff's Motion for Summary Judgment entered on March 1, 2013. Pursuant to the Order, Defendant Holten Meat, Inc. is compelled to submit to arbitration the pending grievance based on its discharge of Whitfield under its new policy change. The plaintiff's requested relief is granted and defendant takes nothing from this action.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT

                                            BY:    /s/*Sara Jennings*
                                                        **Deputy Clerk**

Dated:  March 1, 2013

Digitally signed by David R. Herndon
Date: 2013.03.01 16:55:20 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT